HANSON BRIDGETT LLP
MATTHEW F. MILLER, SBN 172661
mmiller@hansonbridgett.com
SUSANNA L. CHENETTE, SBN 257914
schenette@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

VATRENKO LAW P.C.
IEVGENIIA P. VATRENKO, NY Bar No. 4904397 (*pro hac vice*)
jenny@vatrenkolaw.com
2 Park Avenue, Floor 20
New York, New York 10016
Telephone:    (718) 451-6384

Attorney for Plaintiffs INTERDATA NETWORK, INC.,
CEREBELLUM NETWORKS, INC., and FRED JIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN WANG, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>FRED JIN, an individual;<br>XIN JIN, an individual;<br>MAREN SCHWARZER, an individual;<br>MARTIJN BROERSMA, an individual;<br>BRAD BAO, an individual;<br>FRANCOIS GRANADE, an individual;<br>CEREBELLUM NETWORKS, INC., a Delaware corporation;<br>INTERDATA NETWORK INC., a British Virgin Islands entity;<br>BNW NETWORK GMBH, a German entity;<br>CEF AI INC., a Delaware corporation; and DOES 1–50, inclusive,<br><br>        Defendants. | Case No. 3:26-cv-03111-JD<br><br>**NOTICE OF HEARING ON DEFENDANTS CEREBELLUM'S, INTERDATA'S, AND JIN'S MOTIONS TO DISMISS COMPLAINT**<br><br>Date:  August 6, 2026<br>Time:  11:00 A.M.<br>Ctrm:  11, Floor 19<br><br>Action Filed:  April 10, 2026<br>Trial Date:    None Set |

Case No. 3:26-cv-03111-JD

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 6, 2026, at 11:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable James Donato, Defendants Cerebellum Networks, Inc., Interdata Network, Inc., and Fred Jin (collectively, the "Defendants") will and hereby move this Court for an order dismissing Plaintiff's Complaint, pursuant to Fed. R. Civ. Proc. 9(b), 12(b)(6), 13(a), and 23.1.

This motion is based on the Notice of Motion, the Memorandum of Points and Authorities (Dkt. 18, 19) and Reply Memoranda in Further Support (Dkt. 26, 27), Cerebellum and Interdata's Joinder in Defendant Fred Jin's Motions to Dismiss (Dkt. 21), the Request for Judicial Notice (Dkt. 20), the pleadings and papers on file in this action and in in *Interdata Network, Inc. v. Wang*, Case No. 3:25-cv-03798-JD (N.D. Cal.) (the "3798 Action"), and *Wang v. Jin*, C.A. No. 2026-0054-LWW (Del. Ch.) (the "Delaware Action"), and such other matters as the Court may consider.

DATED:  June 23, 2026

VATRENKO LAW P.C.

By:

IEVGENIIA P. VATRENKO
Attorney for Defendants CEREBELLUM
NETWORKS, INC., INTERDATA
NETWORK, INC., and FRED JIN