United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOPAL DIGITAL LIMITED, et al.,

Plaintiffs,

v.

FRED JIN, et al.,

Defendants.

Case No.  26-cv-00857-LJC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *Interdata Network, Inv. et al v. Wang et al*, 25-cv-3798-JD and *Wang v. Jin et al*, 26-cv-03111-JD.

**IT IS SO ORDERED.**

Dated: July 9, 2026

_____

LISA J. CISNEROS
United States Magistrate Judge